# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND - BALTIMORE DIVISION

DISTRICT OF MARYLAND

2002 JUL 23 P 2: 59

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

CHRISTOPHER GALLANT, et al.    )
                              )
                    Plaintiffs,    )
                              )    L01 CV 4255
v.                            )
                              )
MCDONALD'S CORPORATION and    )
HARDEE'S FOOD SYSTEMS, INC,   )
                              )
                    Defendants.    )
                              )

## ORDER

Upon consideration of Defendant McDonald's Consent Motion for an Extension of time, there being good cause shown, it is, by the Court, this _22nd_ day of _July_ 2002, hereby

ORDERED that Defendant McDonald's Motion for an Extension of Time is GRANTED; it is further

ORDERED that Defendant's response to Plaintiffs' First Amended Complaint be accepted by the Clerk's office for filing until August 9, 2002.

It is so ORDERED.

_____
Judge Benson E. Legg
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

