UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| **CHRISTOPHER GALLANT**, *et. al.* <br> **Plaintiffs** | * |
| v. | * |
| | * CIVIL ACTION NO. L01CV4255 |
| **MCDONALD'S CORPORATION**, *et. al.* <br> **Defendants** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff Gallant's Consent Motion for Extension of Time, there being good cause shown, it is by this Court on this ___8 7th___ day of August 2002, hereby

**ORDERED** that Plaintiff Gallant *et. al.*'s Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' response to Defendant's Motion to Dismiss for Insufficiency of Process and Failure to State a Claim Upon Which Relief can be Granted be accepted by the Clerk's office for filing until August 16, 2002.

It is so **ORDERED**.

_____
Judge Benson E. Legg
United States District Court for the District
of Maryland

