UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| **CHRISTOPHER GALLANT,** *et. al.* <br> **Plaintiffs** | * |
| | * |
| v. | |
| | *    **CIVIL ACTION NO. L01CV4255** |
| **MCDONALD'S CORPORATION,** *et. al.* <br> **Defendants** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Gallant's Consent Motion for Extension of Time, there being good cause shown, it is by this Court on this ___28___ day of August 2002, hereby

**ORDERED** that Plaintiff Gallant *et. al.'s* Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' Complaint be accepted by the Clerk's office for filing until September 13, 2002.

It is so **ORDERED.**

_____
F Smalkin
United States District Court for the District
of Maryland