UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP - 4 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

CHRISTOPHER GALLANT, ET AL.,       )
                                   )
         Plaintiffs,               )
                                   )   Case No. L 01cv4255
    v.                             )
                                   )
MCDONALD'S CORP. and               )
HARDEE'S FOOD SYSTEMS, INC.,       )
                                   )
         Defendants.               )

## ORDER

Upon consideration of Defendant Hardee's Food Systems, Inc.'s Consent Motion for Extension of Time, it is hereby ORDERED that Defendant Hardee's Food Systems, Inc.'s reply memorandum in support of its Motion to Dismiss for Insufficiency of Service of Process and Failure to State a Claim Upon Which Relief can be Granted shall be accepted for filing by the Clerk up to and including September 9, 2002.

Dated: 9/4/02

_____
THE HONORABLE BENSON E. LEGG
United States District Judge