UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND - BALTIMORE DIVISION

FILED
SEP 2 4 2002

| | |
|---|---|
| CHRISTOPHER GALLANT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | L01 CV 4255 |
| v. ) | |
| ) | |
| MCDONALD'S CORPORATION and ) | |
| HARDEE'S FOOD SYSTEMS, INC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant McDonald's Consent Motion for an Extension of time, there being good cause shown, it is, by the Court, this 24 day of Sept. 2002, hereby

ORDERED that Defendant McDonald's Motion for an Extension of Time is GRANTED; it is further

ORDERED that McDonald's reply to Plaintiffs' Opposition to Defendant McDonald's Corporation's Motion to Dismiss the Complaint be accepted by the Clerk's office for filing until October 4, 2002.

It is so ORDERED.

_____
Judge Benson E. Legg
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND