IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CHRISTOPHER GALLANT, et al.**      :
                                     :
v.                                   :      **CIVIL NO. L-01-4255**
                                     :
**MCDONALD'S CORPORATION, et al.**   :

## ORDER

Now pending are three motions: (i) Defendant Hardee's Food System, Inc.'s ("Hardee's) Motion to Dismiss, (ii) Defendant McDonald's Corporation's ("McDonald's") Motion to Dismiss, and (iii) Plaintiff Christopher Gallant's Motion for Retroactive Extension of Time to Serve Summons on Defendants. For the reasons stated in the memorandum of even date, the Court hereby:

(i)   GRANTS Hardee's Motion to Dismiss;

(ii)  DISMISSES Counts IV, VI, VII, IX, X, XI, XIII, and XIV, of the Amended Complaint;

(iii) DISMISSES Hardee's from Count XV.

(iv)  DENIES McDonald's Motion to Dismiss; and

(v)   DENIES Plaintiff's Motion for Retroactive Extension of Time to Serve Summons on Defendants.

It is so ORDERED this 18TH day of November, 2002.

Benson Everett Legg
United States District Judge