UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| CHRISTOPHER GALLANT, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MCDONALD'S CORPORATION and )<br>HARDEE'S FOOD SYSTEMS, INC, )<br>)<br>Defendants. )<br>) | L01 CV 4255 |

## ORDER

Upon consideration of Defendant McDonald's Consent Motion for an Extension of time, there being good cause shown, it is, by the Court, this  10TH  day of December 2002, hereby

ORDERED that Defendant McDonald's Motion for an Extension of Time is GRANTED; it is further

ORDERED that McDonald's Answer be accepted by the Clerk's office for filing until December 13, 2002.

It is so ORDERED.

_____
Judge Benson E. Legg
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

