UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| CHRISTOPHER GALLANT, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) L01 CV 4255 |
| v. | ) |
| | ) |
| MCDONALD'S CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 23 P 3: 38
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

### ORDER

Upon consideration of Defendant McDonald's Consent Motion for an Extension of time, and there being good cause shown, it is, by the Court, this 23rd day of January 2003, hereby

**ORDERED** that Defendant McDonald's Motion for an Extension of Time is GRANTED; it is further

**ORDERED** that McDonald's response to Plaintiffs' Motion for Leave to File a Second Amended Complaint be accepted by the Clerk's office for filing until January 31, 2003.

It is so **ORDERED**.

_____
Judge Benson E. Legg
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND