UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| **CHRISTOPHER GALLANT,** *et. al.* <br> **Plaintiffs** | * |
| | * |
| v. | |
| | *    **CIVIL ACTION NO. L01CV4255** |
| **MCDONALD'S CORPORATION** <br> **Defendant** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time, there being good cause shown, it is by this Court on this _11th_ day of February 2003, hereby

**ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' reply Defendant's Opposition to Motion to File Second Amended Complaint for shall be accepted for filing by the Clerk's office for filing until February 27, 2003.

It is so **ORDERED.**

_____
Judge Benson E. Legg
United States District Court for the District of Maryland