UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| **CHRISTOPHER GALLANT,** *et. al.* **Plaintiffs** | * |
| | * |
| v. | |
| | * CIVIL ACTION NO. L01CV4255 |
| **MCDONALD'S CORPORATION** **Defendants** | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time, there being good cause shown, it is by this Court on this *11 TH* day of February 2003, hereby

**ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' response to Defendant's Motion to Dismiss the Complaint for shall be accepted for filing by the Clerk's office for filing until February 29, 2003.

It is so **ORDERED**.

_____
Judge Benson E. Legg
United States District Court for the District of Maryland