UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

-------------------------------------------------------x

CHRISTOPHER GALLANT, et al.
           Plaintiffs,

v.

MCDONALD'S CORPORATION, et al.
           Defendants.

-------------------------------------------------------x

### Stipulation of Dismissal with Prejudice

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Christopher Gallant, CFG Enterprises, CFG Enterprises III and CFG Enterprises IV and defendant McDonald's Corporation hereby dismiss with prejudice the action removed from Anne Arundel County Circuit Court, Maryland styled <u>Gallant et. al. v. McDonald's Corporation and Hardee's Food Systems Inc.</u>, Civil No. F2002-79990 with prejudice, each party to bear its own costs.

AGREED ON BEHALF OF ALL PARTIES THIS 25th DAY OF MARCH, 2003

           Respectfully submitted,

_/s/ Linda T. Cox_  
Linda T. Cox, Esq.  
MD Bar Number 06517  
The Law Offices of Linda T. Cox, PA  
60 West Street, Suite 220  
Annapolis, Maryland 21401

410-263-5855

Attorney for Plaintiffs
Christopher Gallant et. al.

_/s/ James Sottile_  
James Sottile, Esq.  
MD Bar Number 012169  
Geovette E. Washington, Esq.  
Sarah L. Knapp, Esq.  
BAACH ROBINSON & LEWIS  
One Thomas Circle, N.W.  
Suite 200  
Washington, DC 20005  
202-833-8900

Attorneys for Defendant
McDonald's Corporation

APPROVED THIS 2ND DAY OF ___, 2003
BENSON EVERETT LEGG, U.S.D.J.